**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-24387-BLOOM/Elfenbein**

ZHIJUN HE,

      Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

      Defendants.

_____/

## ORDER SETTING HEARING ON MOTION FOR PRELIMINARY INJUNCTION

    **THIS CAUSE** is before the Court upon Plaintiff Zhijun He's Motion for Preliminary Injunction ("Motion"), ECF No. [36].[1] On July 16, 2026, this Court entered a Sealed Order Granting Plaintiff's *Ex Parte* Motion for Entry of a Temporary Restraining Order ("Temporary Restraining Order"), ECF No. [32]. Plaintiff served Defendants via email and web posting on July 23, 2026. ECF No. [33].

    Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1.    **A hearing** is set before this Court via **Zoom video conference** on **August 3, 2026, at 2:45 p.m.**, at which time Defendants and/or any other affected persons may challenge

_____

[1] This Court will address Plaintiff's request for the entry of a preliminary injunction and order restraining transfer of assets in a separate order following the hearing set herein.

the appropriateness of this Order and move to dissolve the same and at which time the Court will hear argument on Plaintiff's requested preliminary injunction: **https://www.zoomgov.com/j/16104042690?pwd=1REdAXgwIPrKkcHdNf3jqeV42A aGOW.1**. **Alternatively, the Zoom Meeting ID is 161 0404 2690; and the Passcode is 509473.**

2.      **Defendants who are business entities must be represented by counsel at the hearing.** *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) ("The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel.")

3.      **Any response or opposition** to Plaintiff's Motion for Preliminary Injunction must be filed and served on Plaintiff's counsel **forty-eight (48) hours** prior to the hearing set for **August 3, 2026, at 2:45 p.m.**, and filed with the Court, along with Proof of Service. Plaintiff shall file any Reply Memorandum **twenty-four (24) hours** prior to the hearing set for **August 3, 2026, at 2:45 p.m.** The above dates may be revised upon stipulation by all parties and approval of this Court.

4.      Defendants are on notice that failure to appear at the hearing may result in the imposition of a preliminary injunction against them pursuant to 15 U.S.C. § 1116(d), The All Writs Act, 28 U.S.C. § 1651(a), Federal Rule of Civil Procedure 65, and this Court's inherent authority.

5.      Plaintiff is instructed to serve a copy of this Order and the Motion on Defendants through the means specified in the Order Authorizing Alternative Service, ECF No. [31], and file Certificates of Service with the Court.

Case No. 26-cv-24387-BLOOM/Elfenbein

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 24, 2026.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

3